# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan (Flint)

In re   Ronald Pastor                                          Case No.  09-36519
        Debtor                                                 Chapter 13

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** BAC Home Loans Servicing, L.P.         **Court claim no.** (if known): 5

**Last four digits** of any number you use to identify the debtor's account: 1574

**Date of payment change:**
Must be at least 21 days after date of this notice   01/01/2013

**New total payment:**
Principal, Interest, and escrow, if any   $1,741.35

### Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**

☐ No
☒ Yes.   Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

Current escrow payment:  $122.75          New escrow payment:  $0.00

### Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☒ No
☐ Yes.   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

Current interest rate: _____          New interest rate: _____

Current principal and interest payment: _____          New principal and interest payment: _____

### Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No
☐ Yes.   Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change: _____

Current mortgage payment: _____          New mortgage payment: _____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box:

☑ I am the creditor.   ☐ I am the creditor's authorized agent.
(Attach a copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✗  /s/ Rita Caudle
Assistant Vice President (Approved by: Katacha Clark)

Date  11/14/2012

Print:  Rita Caudle

Title  Assistant Vice President (Approved by: Katach

Company  Bank of America, N.A.
Address  2380 Performance Drive
Richardson, TX 75082

Specific Contact Information:
Phone: 214-209-8483
Email: rita.caudle@bankofamerica.com

# CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2012, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid and via filing with the US Bankruptcy Court's CM ECF system.

Debtor:

Ronald Pastor
8312 Whitmore Lake Road
Brighton, MI 48116-8601

Debtor's Attorney:

Jesse R. Sweeney
30555 Southfield
Suite 400
Southfield, MI 48076

Trustee:

Carl Bekofske
400 N. Saginaw Street
Suite 331
Flint, MI 48502

/s/ Bill Taylor

Authorized Agent

245943-8798a394-83a7-49be-9035-944e82d9762f

**Bank of America**
**Home Loans**

Customer Service
PO Box 5170
Simi Valley, CA 93062-5170

Statement date **11/01/2012**
**Account Number** ▉▉▉▉
Property address
8312 Whitmore Lake Rd.

1 of 8

0026291 02 AT 0.371 **AUTO T3 0 1151 48116-8601
MSO L1 AG 0743-----0--2--B C0000077 IN 1 P26317
RONALD JULIUS PASTOR
8312 Whitmore Lake Rd
Brighton MI 48116-8601



FOR INFORMATION PURPOSES      FOR CUSTOMER SERVICE: 1.800.669.6607

## IMPORTANT NOTICE

This informational notice is being sent to the following borrowers at the address set forth above in reference to their Chapter 13 bankruptcy case: RONALD JULIUS PASTOR

A copy of this informational notice is also being sent to the chapter 13 trustee for your bankruptcy case.

This statement is being sent for information purposes only. It is intended to inform the Borrower of the payments due on the Borrower's account, any amounts charged to the Borrower's account, and the funds applied to the Borrower's account during the Borrower's Chapter 13 bankruptcy case. It should not be construed as an attempt to collect a debt or to modify the terms of the Borrower's chapter 13 plan. Note that your Chapter 13 bankruptcy plan may provide for the Trustee to pay amounts outstanding on your loan as of the date you filed your bankruptcy case or as otherwise provided in your chapter 13 plan. If your bankruptcy case is dismissed, converted to chapter 7, or the automatic stay is lifted prior to the completion of payments due under your bankruptcy plan, you will remain responsible for these cure amounts to the extent that they have not been paid.

This is not a statement of the amount necessary to pay off your loan.

## HOME LOAN SUMMARY

**Home loan overview**
| | |
|---|---|
| Contractual unpaid principal balance | $256,744.63 |
| Contractual escrow balance | $2,625.75 |
| Contractual unapplied funds† | $2,144.76 |

†For more information, please see the **Other Important Information** section of this statement.

**Monthly payment breakdown**
| | |
|---|---|
| Principal and/or interest payment | $1,741.35 |
| **Total monthly home loan payment** | **$1,741.35** |

---

**You can make your payment:**
- By automatic draft payment using PayPlan
- Online at www.bankofamerica.com
- By phone - call 1.800.669.6607
- At any Bank of America Banking Center
- By mail using the enclosed envelope
  - Make your check payable to Bank of America, N.A.
  - Please write your loan number on the check or money order
  - Include this payment coupon with your check (do not staple your check to the coupon)
  - Please do not send cash or include correspondence

Loan Number ▉▉▉▉     (0)
Ronald Julius Pastor
8312 Whitmore Lake Rd.
Green Oak Twp, MI 48116

1151

Bank of America, N.A.
PO BOX 15222
WILMINGTON, DE 19886-5222

**12/01/2012**     **$1,741.35**

| Additional Principal | |
|---|---|
| Additional Escrow | |
| Total amount enclosed | |

09-36519-dof   Doc 43   Filed 11/14/12   Entered 11/14/12 19:38:36   Page 4 of 11

0026291 0150099

**FOR INFORMATION PURPOSES**

## Home loan details

### Loan type and term
| | |
|---|---|
| Loan type | 30 Yr Conventional |
| Contractual remaining term | 24 Years, 9 Months |
| Interest rate | 6.500% |

### Property related expenses

With the exception of the items marked with an asterisk (*), we are responsible for the payment of the following items, which are included in your escrow account. The payment of the items marked with an asterisk (*) is the responsibility of the homeowner.

| | Description | Payee | Policy number/Tax ID | Frequency | Next due date | Amount due |
|---|---|---|---|---|---|---|
| * | Homeowners insurance | Pioneer State Mutual Insurance | HP00453892 | Annual | 05/10/2013 | 562.00 |

## Recent home loan activity

| Date | Description | Principal | Interest | Escrow | Unapplied funds | Total |
|---|---|---|---|---|---|---|
| 10/12/2012 | April payment | $348.76 | $1,392.59 | $122.75 | | $1,864.10 |
| 10/12/2012 | Misc posting | | | | -$1,864.10 | -$1,864.10 |
| 10/11/2012 | Misc posting | | | | $2,113.79 | $2,113.79 |
| | **Ending balance** | $256,744.63 | | $2,625.75 | | |

**NOTE: The ending balance is probably not the same as the amount to pay off your loan. For payoff information, you may use our 24-hour automated information system at 1.800.669.5833.
The recent home loan activity shown above provides information on the application of payments received consistent with the terms of your loan documents outside of bankruptcy. On the page which follows, we provide information about the application of payments under the terms of your chapter 13 plan.



| To contact us | | Please Note: New Mailing Address | To mail a payment by overnight mail* |
|---|---|---|---|
| | | Qualified Written Requests (QWR) (as defined in Section 6 of RESPA & Section 3500.21 of Regulation X) PO Box 942019 Simi Valley, CA 93094-2019 | Bank of America, N.A. Retail Payment Services, DE5-023-03-04, Christiana III, 900 Samoset Drive Newark, DE 19713-6002 |
| Online | www.bankofamerica.com | | |
| Phone | 1.800.669.6607 (English) 1.800.295.0025 (Español) TDD 1.800.300.6407 Monday-Friday 7a.m. - 7p.m. Local Time Calls may be monitored or recorded to ensure quality service. | **To mail a payment** Bank of America, N.A. PO Box 15222 Wilmington, DE 19886-5222 Payments can also be made by Phone, Online, or at any Bank of America Banking Center. | *Accepts overnight mail only. In-person payments are not accepted at this address. **Insurance Matters** Insurance Dept., PO Box 961291 Fort Worth, TX 76161-0291 |
| Mail | General Inquiries (Other Than QWRs) Bank of America, N.A. PO Box 5170 Simi Valley, CA 93062-5170 | | |



Bank of America, N.A. Member FDIC. Equal Housing Lender. © 2012 Bank of America Corporation. Trademarks are the property of Bank of America Corporation. All rights reserved.

Account Number ▇▇▇▇▇▇
E-mail use: Providing your e-mail address(es) below will allow us to send you information on your account
Ronald Julius Pastor
E-mail address

E-mail address



**FOR INFORMATION PURPOSES**

**PAYMENTS, ADVANCES, and FEE SUMMARY**

Account Activity for reporting period 10/02/2012 through 11/01/2012

| ADDITIONAL INFORMATION | |
|---|---|
| | **Information presented here is as of 11/01/2012** |
| | During the period when you are making payments under the terms of a chapter 13 bankruptcy plan, Bank of America, N.A. tracks two types of payments that it receives. We track the chapter 13 plan payments to cure amounts owed prior to the bankruptcy filing or otherwise due under your chapter 13 plan. Separately, we track whether we are receiving your regular monthly mortgage payments due after the bankruptcy filing (which we refer to as the "**Post-Petition**" period). |
| | Your payment has changed by -$122.75 due to:<br>  Escrow Analysis Performed |

**FUNDS RECEIVED OVERVIEW**

| Date | Description | Amount |
|---|---|---|
| 10/11/2012 | MISC. POSTING | $2,113.79 |
| 10/12/2012 | MISC. POSTING | -$1,864.10 |
| 10/12/2012 | REGULAR PAYMENT | $1,864.10 |

**FEES ASSESSED DURING STATEMENT PERIOD**

| Date | Description | Debit | Credit |
|---|---|---|---|

There was no activity on your account for the period covered in this statement.

**OUTSTANDING POST-PETITION FEE SUMMARY**

Outstanding Post-Petition Fee balances as of 11/01/2012

| Description | Balance |
|---|---|
| FORECLOSURE | $1,965.74 |
| INSPECTION | $30.00 |
| Total Outstanding Fees Unpaid | $1,995.74 |

All post-petition fees remain subject to review by Bank of America, N.A.. To the extent that Bank of America, N.A. intends to collect fees incurred during the bankruptcy case from the Borrower, the fees will be included on a Post-Petition Fee Notice pursuant to Rule 3002.1 of the Bankruptcy Rules. To the extent that the Outstanding Fees shown above include any fees that are included on a proof of claim, those fees will be recovered pursuant to the bankruptcy plan. If your bankruptcy case is dismissed, converted to chapter 7, or the automatic stay is lifted prior to your completion of the payments under your bankruptcy plan, you will remain responsible for these amounts to the extent that they have not been paid under the bankruptcy plan.


Bank of America, N.A. Member FDIC. Equal Housing Lender. ©2012 Bank of America Corporation. Trademarks are the property of Bank of America Corporation. All rights reserved.
09-36519-dof    Doc 43    Filed 11/14/12    Entered 11/14/12 19:38:36    Page 6 of 11
0026291 0150100

## FOR INFORMATION PURPOSES

**Payment processing information**

Payments are considered to be received by Bank of America, N.A. when received through the means or at the locations designated in the 'You can make your payment' section on the front of your remittance coupon or at such other locations as may be designated by Bank of America, N.A. If your loan is not current, based on certain conditions, such as bankruptcy or foreclosure, you may be unable to make a payment using one or more of the means or locations listed in the 'You can make your payment' section. For mailed payments, if you do not mail your remittance coupon with your payment or do not mail your payment to the designated payment location, it may cause delays in the processing of your payment. Payments mailed with the remittance coupon to the designated location which are received by 5:00 p.m. in the time zone of the designated payment location will be credited to your account effective on that business day, unless otherwise specified on the remittance coupon provided. All payments mailed to Bank of America, N.A. must be in the form of a check or money order (drawn in United States dollars and payable by a United States financial institution or the United States Postal Service) made payable to Bank of America, N.A. Certified or other forms of payment may be required if previously advised.

There are both no-cost and low cost options available to you to make your payment. To learn more details please call customer service at 1.800.669.6607.

Any full periodic payment that is received and accepted will be applied to the longest outstanding periodic payment due, unless otherwise expressly prohibited or limited by your loan documents, the owner/insurer/guarantor of your loan or applicable law. Payments will be applied as described in your loan documents, including any modifications to the original documents. If your loan is current, please specify how you want any additional amounts you pay to be applied to your account. If you do not specify, subject to your loan documents, additional amounts will first be applied to fees or other amounts owed on your account and the remainder applied as a principal reduction. If we are unable to apply additional amounts to your account as you specify, we may return the funds to you. Postdated checks will be processed on the date received unless an authorized representative agrees to honor the date written on the check as a condition of a repayment plan.

We may charge you a fee (of up to $40.00) for any payment returned or rejected by your financial institution, subject to the requirements of your loan documents and applicable law. In addition, there may be fees for certain services related to the servicing of your loan, which such fees are either listed on our website or will be quoted upon request. All fees are subject to change without prior notice.

For all full month payment periods, interest is calculated on a monthly basis. Accordingly, interest for all full months, including February, is calculated as 30/360 of annual interest, irrespective of the actual number of days in the month. For partial months, interest is calculated daily on the basis of a 365 day year.

**Partial payment policy** - A partial payment is a payment less than your full periodic payment due. Depending on the requirements of your loan documents, the owner/insurer/guarantor of your loan or applicable law, and, depending on the status of your account, partial payments may be promptly returned to you, applied to your account or held in a non-interest bearing account for a period of time until you send us additional funds sufficient to equal a full periodic payment due. If your loan is current and your loan documents permit us to apply partial payments to your account, partial payments will be applied as you specified, and, if not specified, subject to your loan documents, they will first be applied to fees or other amounts owed on your account and the remainder applied as a principal reduction. If we are unable to apply partial payments to your loan as you specify, we may return the payment to you. If your loan is not current and your loan documents permit us to hold a partial payment in a non-interest bearing account, we will do so until you send us additional funds sufficient to equal a full periodic payment due. If you don't send us additional funds, subject to your loan documents, we may apply some or all of the partial payment to amounts owed on your account and return the balance of the payment to you. If your loan is in default and declared due and payable or your loan is in foreclosure, we may be unable to accept or apply partial payments and will return them to you.



†**Other important information**

    **Credit Reporting Notice:** We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

    **Contractual** – During a chapter 13 bankruptcy, we continue to maintain an accounting of your home loan account activity, including your current unpaid principal balance, escrow balance and unapplied funds, consistent with the terms of your loan documents (which information we refer to as "contractual"). If you are unable to complete your chapter 13 plan payments and your case is dismissed, converted to a chapter 7, or the automatic stay is lifted, then the contractual information will be used to determine any amounts outstanding on the loan.

    **Unapplied funds** – Depending on the requirements of your loan documents, the owner/insurer/guarantor of your loan or applicable law, funds you send us cannot be applied to your loan and we hold these funds in a non-interest bearing account until they can be applied. For example, if you send us a partial payment (i.e. a payment less than your full periodic payment due), we may be unable to apply the payment to your loan and will hold the funds in the non-interest bearing account for a period of time until you send us additional funds sufficient to equal a full periodic payment due. If you don't send us additional funds, subject to your loan documents, we may apply some or all of the unapplied funds to amounts owed on your account and return the balance of the unapplied funds to you. This balance represents the amount of your funds being held in the non-interest bearing account, as of the date of this statement.

    **Statement Information** - The information contained in this statement is accurate as of the date of this statement but may not contain all information related to your loan. For the most up to date and complete information regarding your loan, please contact 1.800.669.6607.

**Bank of America**
**Home Loans**

Account Number ▊▊▊▊▊▊▊▊
Property address
8312 Whitmore Lake Rd.

Ronald Julius Pastor

Statement date
**11/01/2012**

5 of 8

## ESCROW ACCOUNT REVIEW

**ESCROW EXPLAINED**

This escrow statement is being sent for **informational purposes only**. It should not be construed as an attempt to collect a debt or to modify the terms of your chapter 13 plan. Note that your chapter 13 bankruptcy plan may provide for the Trustee to pay escrow amounts outstanding on your loan as of the date you filed your bankruptcy case or may otherwise provide for the Trustee to pay amounts due to escrow.

Part of your monthly loan payment goes into an account to pay for your property taxes and insurance premiums. During the year, payments are made out of this account when tax or insurance bills come due. This notice describes any changes needed in your monthly payment to maintain enough money in your escrow account to pay these bills. In our step-by-step analysis, we determine the data shown below to calculate your new escrow payment.

**If this is your first escrow statement after filing your chapter 13 bankruptcy,** this escrow account review was performed as of the date that you filed for bankruptcy and your new monthly escrow payment has been calculated in accordance with applicable bankruptcy law. The amount shown in the Summary section below as the New monthly home loan payment is the updated and correct amount due for the month shown. If you previously received a monthly coupon for the same due date, the payment amount below is intended to replace the coupon you previously received, as the coupon was prepared and sent before we had notice of your chapter 13 bankruptcy filing. If you are making your monthly mortgage payments under your chapter 13 plan, please send the New monthly home loan payment amount shown below.

**If this is an annual escrow statement provided during your chapter 13 bankruptcy**, we have prepared this escrow statement to track your escrow obligations during the period when you are making payments under the terms of your chapter 13 plan.

**If you have filed a chapter 13 plan that provides for maintaining your home**, our step-by-step analysis is based on the assumption that you will be making your chapter 13 plan payments, including plan payments to cure amounts due from the period before your bankruptcy filing or otherwise due under your chapter 13 plan. If you are unable to complete your plan payments and your case is dismissed, converted to a chapter 7, or the automatic stay is lifted, then your monthly escrow payment will need to be recalculated to account for the cure amounts still due from the period before your bankruptcy filing or otherwise due under your chapter 13 plan.

*See below for:*
- an in-depth explanation of each step of your escrow analysis
- side-by-side comparison of last year's projected and actual data

**SUMMARY**

| | | |
|---|---|---|
| Base amount needed *(see Step 1)* | The expected monthly amount needed to pay your property taxes and insurance premiums | $0.00 |
| Shortage payment *(see Step 2)* | The monthly amount you must pay into your escrow account to keep the balance from falling below zero during the year | $0.00 |
| Reserve requirement *(see Step 3)* | The monthly amount allowed by federal law for unexpected tax and insurance increases and other costs | $0.00 |
| **New monthly escrow payment** *(see Step 4)* | | **$0.00** |
| **New monthly home loan payment effective 05/2012** *(see Step 4)* | | **$1,741.35** |

In future escrow analyses, Bank of America, N.A.. reserves the right to assess the amount allowed by federal law for unexpected tax and insurance increases and other costs.

## HOW WE CALCULATE YOUR ESCROW PAYMENT

**STEP 1**    **Determine base amount needed for the year**

| *Escrow items* | *Amount needed* | *Frequency in months* | *Monthly amount needed* |
|---|---|---|---|
| **Total monthly base payment amount** | | | |

**STEP 2**    **Determine lowest projected balance**

In the chart located below, we project the amounts you will pay into your escrow account next year and the amounts we will pay out for your insurance and tax bills. Remember, these figures are only projections and may not reflect the actual payments made at the time they are due.

| Month | *Escrow deposit(s)* | *Tax payment(s)* | *Insurance payment(s)* | *MIP/PMI payment(s)* | *Balance* |
|---|---|---|---|---|---|
| **Post-Petition Beginning balance** | | | | | **$5,161.53** |
| May 2012 | | | | | 5,161.53 * |
| June 2012 | | | | | 5,161.53 * |
| July 2012 | | | | | 5,161.53 * |
| August 2012 | | | | | 5,161.53 * |
| September 2012 | | | | | 5,161.53 * |
| October 2012 | | | | | 5,161.53 * |
| November 2012 | | | | | 5,161.53 * |
| December 2012 | | | | | 5,161.53 * |
| January 2013 | | | | | 5,161.53 * |
| February 2013 | | | | | 5,161.53 * |
| March 2013 | | | | | 5,161.53 * |
| April 2013 | | | | | 5,161.53 * |
| **Post-Petition Ending balance** | | | | | **$5,161.53** |


Bank of America, N.A. Member FDIC. Equal Housing Lender. © 2012 Bank of America Corporation. Trademarks are the property of Bank of America Corporation. All rights reserved.

|  |  |
|---|---|
| *Lowest projected balance | $5,161.53 |
| Shortage payment amount | $0.00 |

The Post-Petition Beginning and Ending balances above are projected balances, which assume that all payments due under your chapter 13 bankruptcy plan will be made, including your regularly scheduled mortgage payments due after the bankruptcy filing and all plan payments to cure amounts due from the period before your bankruptcy filing or otherwise due under your chapter 13 plan.

* Using the Post-Petition balances, your Lowest projected balance (LPB) reflects a positive balance (a balance greater than zero). In the next step, we will compare this amount to your escrow reserve requirement to determine if there is an overage.

**STEP 3**    **Determine reserve requirement**

Federal law allows for the collection of a reserve amount to maintain a cushion for unexpected tax and/or insurance increases and other costs. The reserve used for this period is shown below.

| | | |
|---|---|---|
| Lowest projected balance (*see step 2 above*) | $5,161.53 | |
| Total reserve requirement (16.6% of the base amount) * | .00 | |
| Additional amounts required | .00 | |
| **Monthly reserve requirement ($0.00 divided by 12)** | | **$0.00** |
| **Potential overage** | **$5,161.53** | |

* Base amount equals the total of payments anticipated to be paid out of the escrow account during the year but excludes Private Mortgage Insurance (PMI) or MIP amounts.

Using your Post-Petition Beginning balance, the projections above reflect that your Lowest Projected Balance (LPB) exceeds the reserve requirement amount and that there is a Potential overage. However, your Lowest Projected Balance (LPB) assumes that you are current in making payments that were due after your bankruptcy filing and that you have paid all escrow amounts due from the period before your bankruptcy filing. If you still have several months or years prior to the completion of your chapter 13 plan then you may not have an actual overage.

To determine if you have an actual overage of escrow funds, Bank of America, N.A. will adjust the Potential overage to account for any escrow amounts that remain unpaid from the period before your bankruptcy filing or otherwise due under the terms of your chapter 13 plan. This adjustment is necessary to ensure your current escrow account balance in fact has a surplus of funds. If your account still shows an overage and you are current under the terms of your chapter 13 plan, we will send a refund in accordance with applicable law. Please note that we are unable to forward overage checks if your loan is undergoing a loan assumption.

For more information on how Bank of America, N.A. tracks your actual overage please call 1.800.669.5224, Monday-Friday 7a.m. - 7p.m. Local Time.



**STEP 4**    **Determine monthly payments**

**Calculation of monthly escrow payments**

| | | |
|---|---|---|
| Base amount needed for taxes and/or insurance *(see Step 1)* | $0.00 | |
| Shortage payment *(see Step 2)* | .00 | |
| Reserve requirement *(see Step 3)* | .00 | |
| **Total monthly escrow payment** | | **$0.00** |

**Calculation of monthly home loan payment**

| | | |
|---|---|---|
| Principal and/or interest | $1,741.35 | |
| Total monthly escrow payment | .00 | |
| **Total monthly home loan payment effective  05/2012** | | **$1,741.35** |

**LAST YEAR IN REVIEW**

**Current analysis compared to previous**      *Monthly*

| *Amount needed for taxes and insurance* | Last analysis | This analysis |
|---|---|---|
| Homeowners insurance | $122.75 | $0.00 |
| Total base escrow payment | $122.75 | $0.00 |
| Shortage payment | .00 | .00 |
| Reserve requirement | .00 | .00 |
| Rounding amount | .00 | .00 |
| **Monthly escrow payment** | **$122.75** | **$0.00** |
| Principal and/or interest | $1,741.35 | $1,741.35 |
| Monthly escrow payment | 122.75 | .00 |
| **Total payment amount** | **$1,864.10** | **$1,741.35** |

**Summary of escrow change**

As shown, your base escrow amount decreased. Your reserve percentage remained unchanged. Your reserve payment remained unchanged. The result of these factors caused your total escrow payment to decrease. Additionally, you were left with a overage.

A side-by-side comparison of last year's projected escrow account activity and actual activity can be found below.



**Last year's escrow payments**

**If you have recently filed a chapter 13 bankruptcy**, then we have provided below a side-by-side comparison of your prior projected escrow account activity to the actual account activity.

**If this is an annual escrow statement provided during your chapter 13 bankruptcy**, then the projected escrow account activity below was performed in accordance with the terms of your chapter 13 plan. At the same time, we also maintained a separate accounting that reflected your escrow account activity as would be provided under the terms of your loan documents outside of bankruptcy (shown below under the heading "Actual"). The Actual escrow activity includes both the receipt of your regular monthly mortgage payments to escrow and any cure payments made under the terms of your chapter 13 plan for escrow amounts due from the period before your bankruptcy filing or otherwise due under your chapter 13 plan. Below is the side-by-side comparison of the plan projected activity to the actual activity for last year. Upon the completion of your chapter 13 plan, if all payments due under the chapter 13 plan are received and taxes and insurance were paid in the amounts anticipated then the projected and actual ending balances should match. If you are unable to complete your chapter 13 plan payments and your case is dismissed, converted to a chapter 7, or the automatic stay is lifted, then the actual accounting shown below will be used in performing your next escrow analysis.

### Projected

| Date | Activity | Paid In | Paid Out | Balance |
|---|---|---|---|---|
| | Beginning balance | | | -$1,473.00 |
| | Esc/Refund | 2,576.77 | | 1,103.77 |
| 01/01/2010 | Jan Payment | 122.75 | | 1,226.52 |
| 02/01/2010 | Feb Payment | 122.75 | | 1,349.27 |
| 03/01/2010 | Mar Payment | 122.75 | | 1,472.02 |
| 04/01/2010 | Apr Payment | 122.75 | | 1,594.77 |
| 05/01/2010 | May Payment | 122.75 | | 1,717.52 |
| 05/02/2010 | Homeowners insurance | | 1,473.00 | 244.52 * |
| 06/01/2010 | Jun Payment | 122.75 | | 367.27 |
| 07/01/2010 | Jul Payment | 122.75 | | 490.02 |
| 08/01/2010 | Aug Payment | 122.75 | | 612.77 |
| 09/01/2010 | Sep Payment | 122.75 | | 735.52 |
| 10/01/2010 | Oct Payment | 122.75 | | 858.27 |
| 11/01/2010 | Nov Payment | 122.75 | | 981.02 |
| 12/01/2010 | Dec Payment | 122.75 | | 1,103.77 |
| 01/01/2011 | Jan Payment | 122.75 | | 1,226.52 |
| | **Ending balance** | | | **$1,226.52** |

### Actual

| Date | Activity | Paid In | Paid Out | Balance |
|---|---|---|---|---|
| | Beginning balance | | | -$1,473.00 |
| 05/24/2010 | Homeowners ins pmt | | 1,473.00 | -2,946.00 * |
| 06/07/2010 | Homeowners ins cr | | -1,473.00 | -1,473.00 |
| 06/18/2010 | Homeowners ins cr | | -48.00 | -1,425.00 |
| 07/22/2010 | Misc posting | 327.26 | | -1,097.74 |
| 08/17/2010 | Misc posting | 245.50 | | -852.24 |
| 12/02/2010 | Jan Payment | 122.75 | | -729.49 |
| 12/02/2010 | Feb Payment | 122.75 | | -606.74 |
| 01/14/2011 | Mar Payment | 122.75 | | -483.99 |
| 02/15/2011 | Apr Payment | 122.75 | | -361.24 |
| 02/24/2011 | May Payment | 122.75 | | -238.49 |
| 03/18/2011 | Jun Payment | 122.75 | | -115.74 |
| 04/12/2011 | Jul Payment | 122.75 | | 7.01 |
| 05/12/2011 | Aug Payment | 122.75 | | 129.76 |
| 06/13/2011 | Sep Payment | 122.75 | | 252.51 |
| 06/17/2011 | Oct Payment | 122.75 | | 375.26 |
| 07/08/2011 | Nov Payment | 122.75 | | 498.01 |
| 08/10/2011 | Dec Payment | 122.75 | | 620.76 |
| 08/31/2011 | Misc posting | 40.99 | | 661.75 |
| 09/16/2011 | Jan Payment | 122.75 | | 784.50 |
| 10/14/2011 | Feb Payment | 122.75 | | 907.25 |
| 12/13/2011 | Mar Payment | 122.75 | | 1,030.00 |
| 12/19/2011 | Apr Payment | 122.75 | | 1,152.75 |
| 01/13/2012 | May Payment | 122.75 | | 1,275.50 |
| 01/25/2012 | Jun Payment | 122.75 | | 1,398.25 |
| 02/10/2012 | Jul Payment | 122.75 | | 1,521.00 |
| 03/23/2012 | Aug Payment | 122.75 | | 1,643.75 |
| 04/11/2012 | Sep Payment | 122.75 | | 1,766.50 |
| 05/14/2012 | Oct Payment | 122.75 | | 1,889.25 |
| 06/13/2012 | Nov Payment | 122.75 | | 2,012.00 |
| 07/25/2012 | Dec Payment | 122.75 | | 2,134.75 |
| 07/25/2012 | Jan Payment | 122.75 | | 2,257.50 |
| 09/13/2012 | Feb Payment | 122.75 | | 2,380.25 |
| 09/14/2012 | Mar Payment | 122.75 | | 2,503.00 |
| 10/12/2012 | Apr Payment | 122.75 | | 2,625.75 |
| 11/01/2012 | Misc. posting | 2,535.78 | | 5,161.53 P |
| | **Ending balance** | | | **$5,161.53** |

\* Lowest projected balance

P - The letter (P) beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown.

In performing the projection above, Bank of America, N.A. assumed that all regularly scheduled mortgage payments would be made that were due prior to the projection period.

